UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BILAL ABDUL YASIN,

        Plaintiff,

   v.

CHAD COULTER, et al.,

        Defendants.

NO. CIV. 2:08-cv-2299 FCD GGH

ORDER

----oo0oo----

This matter is before the court on defendant California Department of Alcoholic Beverage Control's motion to dismiss because it is immune from suit in federal court pursuant to the Eleventh Amendment. Plaintiff Bilal Abdul Yasin does not oppose the motion to the extent it is entered without prejudice to his right to refile in a court of competent jurisdiction. After a review of the submissions and in light of plaintiff's non-opposition, defendant's motion to dismiss is GRANTED without prejudice. See Freeman v. Oakland Unified Sch. Dist., 179 F.3d 846, 847 (9th Cir. 1999) ("Dismissals for lack of jurisdiction

should be without prejudice so that a plaintiff may reassert his claim in a competent court.") (internal quotations omitted).

IT IS SO ORDERED.

DATED: January 16, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2